# No. B-8

## IN THE MATTER OF JOHN CONNELLY

*June 15, 1810*

*Held:*

When it appears that a person is imprisoned on an execution issued by a justice of the peace for an amount exceeding the jurisdiction of a justice of the peace, his imprisonment is unlawful.